UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA EQUIPMENT, CO., INC., *a California Corporation* )<br><br>Plaintiff, )<br><br>v. )<br><br>CNH INDUSTRIAL AMERICA, LLC., *A Delaware Limited Liability Company*; and DOES 1 through 50, inclusive )<br><br>Defendants. ) | Case No. 1:25-CV-00876-JLT-FJS<br><br>ORDER RE: MOTION TO STAY<br><br>(ECF No. 22) |

Defendant CNH Industrial America, LLC., filed a motion to stay on May 6, 2026. (ECF No. 22.) On May 20, 2026, Plaintiff Sequoia Equipment Co., Inc., filed an opposition brief. (ECF No. 23.) On May 21, 2026, Defendant CNH Industrial America, LLC., filed its reply brief. (ECF No. 25.) Therefore, the court, having reviewed the record, finds this matter suitable for decision without oral argument. *See* L.R. 230(g).

Accordingly, IT IS HEREBY ORDERED THAT the previously scheduled hearing set for June 12, 2026, at 10:00 a.m. is VACATED and the parties will not be required to appear at that time. The matter is taken under submission.

IT IS SO ORDERED.

Dated:    **June 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE