UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEQUOIA EQUIPMENT CO., INC.,

Plaintiff,

v.

CNH INDUSTRIAL AMERICA, LLC,

Defendant.

Case No. 1:25-cv-00876-JLT-FJS

ORDER SETTING BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING

(ECF No. 13)

On November 13, 2025, Plaintiff Sequoia Equipment Co., Inc., moved for leave to file a second amended complaint. (ECF No. 13.) Defendant CNH Industrial America, LLC, opposes that motion. (ECF No. 14.) The parties briefed their respective positions on the motion focusing on Rule 15(a) of the Federal Rules of Civil Procedure. (ECF No. 13 at 4; ECF No. 14 at 7.) The proposed amendment would add a non-diverse party to the lawsuit. (ECF No. 13-2 at 17 ¶ 3.) If granted, the motion would mean the court lacks subject matter jurisdiction over the matter. (*See* ECF No. 1 at 2 ¶ 3.)

"[T]he proper standard for deciding whether to allow post-removal joinder of a diversity-destroying defendant is set forth in 28 U.S.C. § 1447(e)." *Boon v. Allstate Ins. Co.*, 229 F. Supp. 2d 1016, 1019 n.2 (C.D. Cal. 2002) (citing, *inter alia*, *Newcombe v. Adolf Coors Co.*, 157 F.3d 686, 691 (9th Cir. 1998), and *Yniques v. Cabral*, 985 F.2d 1031, 1035 (9th Cir. 1993)). On September 9, 2026, the court provided the parties the opportunity to submit supplement briefing on the 1447(e) factors. (ECF No. 27.) Plaintiff requested the opportunity to submit supplemental briefing. (ECF No. 28 at 1.) Defendant agreed with the court that supplemental briefing was not necessary. (ECF No. 28 at 2.)

Accordingly, the court orders the parties to submit supplemental briefing on the 1447(e) factors and sets the following briefing schedule:

1. Plaintiff's supplemental brief is due September 18, 2026; and
2. Defendant's response, if any, is due October 1, 2026.

IT IS SO ORDERED.

Dated: **September 11, 2026**

UNITED STATES MAGISTRATE JUDGE