UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA EQUIPMENT CO., INC.,<br>Plaintiff,<br>v.<br>CNH INDUSTRIAL AMERICA, LLC,<br>Defendant. | Case No. 1:25-cv-00876-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On August 29, 2025, Defendant CNH Industrial America, LLC, filed a motion to dismiss. (ECF No. 8.) Due to the current status of this case, the scheduling conference currently set for October 7, 2026, is continued to January 20, 2027, at 11:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 30, 2026**

UNITED STATES MAGISTRATE JUDGE