UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEQUOIA EQUIPMENT CO., INC.,

Plaintiff,

v.

CNH INDUSTRIAL AMERICA, LLC,

Defendant.

Case No. 1:25-cv-00876-JLT-FJS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. 33)

On June 2, 2025, Sequoia Equipment Co., Inc. filed a complaint in the Superior Court of California for the County of Fresno. (Doc. 1 at 2.) On July 16, 2025, this action was removed to this Court. (Doc. 1.)

On November 13, 2025, Plaintiff filed a motion to amend the complaint. (Doc. 13.) On October 14, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for leave to file a second amended complaint be granted and the case be remanded. (Doc. 33.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.*) No party has filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. The findings and recommendations are supported by the record and

proper analysis. Accordingly, the Court ORDERS:

1. The findings and recommendations issued on October 14, 2026, (Doc. 33) are **ADOPTED IN FULL.**

2. The motion to amend (Doc. 13) is **GRANTED.** To ensure the docket is clear, the plaintiff is directed to file the second amended complaint on the docket of this action promptly.

3. The motion to dismiss (Doc. 8) is **DENIED** as moot. *See CDK Global LLC v. Brnovich*, 16 F.4th 1266 (9th Cir. 2021) ("An amended complaint supersedes the original complaint [and becomes] the operative pleading").

4. Upon the filing of the second amended complaint, this action will be **REMANDED** to the California Superior Court for the County of Fresno. *See* 28 U.S.C. § 1447(e) (requiring remand upon amendment).

IT IS SO ORDERED.

Dated: November 5, 2026

UNITED STATES DISTRICT JUDGE